Thomas Myers (CA SBN 120674)
myers@smithmyerslaw.com
SMITH & MYERS LLP
800 Wilshire Boulevard, Suite 800
Los Angeles, California 90017
Telephone: (213) 613-2380
Facsimile: (213) 613-2395

Ángel J. Valencia (*Pro Hac Vice Application to be Filed*)
ajv@nrtw.org
Milton L. Chappell (*Pro Hac Vice Application to be Filed*)
mlc@nrtw.org
c/o NATIONAL RIGHT TO WORK LEGAL
DEFENSE FOUNDATION, INC.
8001 Braddock Road, Suite 600
Springfield, Virginia 22151
Telephone: (703) 321-8510
Facsimile: (703) 321-9319

Attorneys for Plaintiff and the Classes She Seeks to Represent

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE SEAGER, individually and as representative of the requested classes,<br><br>Plaintiff,<br><br>v.<br><br>UNITED TEACHERS LOS ANGELES; LOS ANGELES UNIFIED SCHOOL DISTRICT; XAVIER BECERRA, in his official capacity as Attorney General of California,<br><br>Defendants. | Case No: 2:19-cv-00469<br><br>**NOTICE OF RELATED CIVIL CASES** |

# NOTICE OF RELATED CIVIL CASES

**AND NOW** comes Plaintiff Irene Seager, by and through her undersigned attorneys, and submits a Notice of Related Civil Cases pursuant to Civil Local Rule 83-1.3.1 as follows:

A case arising from a similar fact pattern is currently before the consideration of this Court in the matter of *McCain v. Ventura County Federation of College Teachers, AFT Local 1828, AFL-CIO*, 19-00228 (PA-GJS). In *McCain*, as in the instant case, the plaintiff attempted to revoke a previously authorized dues deductions authorization in light of *Janus v. AFSCME, Council* 31, 138 S.Ct. 2448 (2018). After being denied his request, Plaintiff Michael McCain filed a civil action against his labor union and employer for violating his First and Fourteenth Amendment rights, as recognized by the U.S. Supreme Court. *Janus*, 138 S.Ct. at 2486. In *McCain*, the plaintiff also challenges a labor union's practice of limiting an employee's ability to revoke a previously authorized dues deductions authorization to a 15-day annual window period as a violation of his First Amendment rights.

As in *McCain*, the labor union denied Plaintiff Seager's request to revoke her previously authorized dues deductions authorization. In the instant case, Plaintiff Seager is also challenging her labor union's practice of limiting her ability to revoke a dues deductions authorization to a yearly 30-day window period. Both cases invoke 42 U.S.C. § 1983, as well as the First and Fourteenth Amendments to

the United States Constitution.

                                SMITH & MYERS LLP


By <u>/s/ Thomas Myers</u>
      Thomas Myers

Ángel J. Valencia
(*Pro Hac Vice* to be applied for)
Milton L. Chappell
(*Pro Hac Vice* to be applied for)

Attorneys for Plaintiff Irene Seager and the Classes She Seeks to Represent