UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE SEAGER, individually and as representative of the requested classes,<br><br>Plaintiff,<br><br>v.<br><br>UNITED TEACHERS LOS ANGELES; AUSTIN BEUTNER, in his official capacity as Superintendent of the Los Angeles Unified School District; XAVIER BECERRA, in his official capacity as Attorney General of California,<br><br>Defendants. | Case No. 2:19-cv-00469-JLS (DFM)<br><br>**JUDGMENT**<br><br>Judge: The Hon. Josephine L. Staton |

**JUDGMENT**

Pursuant to the Court's August 14, 2019 Order Granting Defendants' Motions for Judgment on the Pleadings (Dkt. 57),

IT IS HEREBY ADJUDGED that Plaintiff's claims are dismissed with prejudice, and JUDGMENT IS HEREBY ENTERED in favor of Defendants United Teachers Los Angeles; Xavier Becerra, in his official capacity as Attorney General of California; and Austin Beutner, in his official capacity as Superintendent of the Los Angeles Unified School District, and against Plaintiff Irene Seager.

DATED: August 21, 2019

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE